United States District Court
Southern District of Texas
**ENTERED**
January 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT TERRY JR.; and LISA FOSTER INDIVIDUALLY, AND AS NEXT FRIENDS OF THEIR DECEASED SON ROBERT ANDREW TERRY<br><br>*Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br><br>*Defendant.* | § § § § § § § § § § § § § § § <br><br>CIVIL ACTION NO. 4:24-CV-3068<br>(Judge Hittner presiding) |

## AMENDED SCHEDULING ORDER

The following schedule shall supersede the prior Rule 16 Scheduling Order entered by the Court on November 7, 2024, for all deadlines included in this Amended Scheduling Order. All communications concerning the case shall be directed in writing to Joseph Wells, Case Manager for United States District Judge David Hittner, P.O. Box 61010, Houston, Texas 77208.

1. December 13, 2024: New Parties shall be joined, with leave of court, by this date. The attorney causing such joinder shall provide copies of this Order to the new parties.

2. May 28, 2025: Plaintiff shall designate Expert Witnesses. Designation shall be in writing to opponent. Expert reports shall be served within 60 days of the designation.

3. June 30, 2025: Defendant shall designate Expert Witnesses. Designation shall be in writing to opponent. Expert reports shall be served within 60 days of the designation.

4. December 13, 2024: Amendments to pleadings, with leave of court, shall be made by this date.

5. September 29, 2025: Discovery shall be completed by this date.

6. October 28, 2025: Motion Cut-Off. No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown. See LR 7.

7. March 2, 2026: The Joint Pretrial Order shall be filed on or before this date notwithstanding that a motion for continuance may be pending. Parties shall exchange all trial exhibits on or before this date notwithstanding that a motion for continuance may be pending. No late exchanges of exhibits will be permitted. All motions in limine shall be submitted with the pretrial order. Failure to file timely a joint pretrial order, motions in limine, or exchange all trial exhibits may result in this case being dismissed or other sanctions imposed, in accordance with all applicable rules.

8. May 2026: Trial Term. Cases will be set for trial at a docket call, conducted prior to the trial term or by order of the Court. Your position on the docket will be announced at that time.

SIGNED ON __Jan 27__, 2025, At Houston, Texas.

Honorable David Hittner
United States District Judge