# Aaron Dekle

| | |
|---|---|
| **From:** | Aaron Dekle |
| **Sent:** | Friday, January 31, 2025 2:38 PM |
| **To:** | Andrea Chan; Paul Grinke |
| **Cc:** | Calista Rodal; Kaela Olson; Adriane Rihn; Carl Evans; Victoria Patterson; Crystal Dabdub; Alizabeth Guillot; Jordan Carter |
| **Subject:** | RE: 4:24-cv-03068; Terry v. Harris County |

Andrea,

I am sorry to hear that. Yes you can have till Wednesday, February 5. I look forward to receiving those discovery responses and hope that they are substantive. I hope you feel better and that the testing turns out well.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan
**Sent:** Friday, January 31, 2025 1:43 PM
**To:** Aaron Dekle ; Paul Grinke
**Cc:** Calista Rodal ; Kaela Olson ; Adriane Rihn ; Carl Evans ; Victoria Patterson ; Crystal Dabdub ; Alizabeth Guillot ; Jordan Carter
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Aaron,

I hate to have to request this, but could I have until Wednesday, February 5 to respond to the discovery? I unexpectedly ended up at the hospital yesterday for diagnostic testing and have to follow up with the doctor on Monday.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Thursday, December 12, 2024 3:32 PM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Alizabeth Guillot <aguillot@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I will send something when I get the opportunity to put it together, but my proposal is a straight extension of all deadlines and the trial by 150 days. Please let me know if that is agreeable.

I don't have a problem with extending out the discovery responses for the County to the 31st of January, but that obviously interferes with the Court's current deadlines, so a new scheduling order would need to be an absolute must.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Thursday, December 12, 2024 3:13 PM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Alizabeth Guillot

<aguillot@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Aaron,

I should be able to agree to extend the discovery deadline. Please send over the proposed new deadlines.

And, would you be agreeable to an extension of time until January 31 for the County to respond to your formal discovery requests. It's tough to get hold of government employees from about Thanksgiving through MLK Day because they're often trying to use up their leave. We would, of course, extend the same courtesy to you.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

---

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Wednesday, December 11, 2024 3:18 PM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Elizabeth Guillot <aguillot@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I wanted to reach out to see if you would be agreeable to an extension on the current deadlines in the case via a Joint Motion for an Amended Scheduling Order. I think this is necessary since discovery just began on a case of this size and we are needing to conduct an inspection and get the majority of this discovery before either of us can designate experts. I was thinking of a 150 extension on deadlines and trial date. Please let me know if you are agreeable with this.

Let me know if you have any questions.

Best Regards,

**Aaron Dekle**

**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

---

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Thursday, November 21, 2024 1:41 PM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Alizabeth Guillot <aguillot@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Confirming recipt, Aaron.

Thank you,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

---

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Thursday, November 21, 2024 12:57 PM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>; Alizabeth Guillot <aguillot@mccathernlaw.com>; Jordan Carter <jcarter@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I wanted to give you a heads up that pursuant to Fed. R. Civ. P. 15(a)(1) we are filing the attached First Amended Complaint. It simply clarifies the capacity of the parties and the third cause of action, adds two additional comparator similar incidents which occurred after the original filing, and adds the information concerning the murder charge of Michael Griego's (a comparator) cellmate which came out yesterday.

Please let me know if you have any questions.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Friday, November 15, 2024 10:45 AM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Good morning, Aaron,

Let me get back with you early next week. I have a meeting scheduled with the client. She was in trial and then I was on vacation.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Friday, November 15, 2024 8:17 AM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn
<Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson
<vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I am just following up on the protective order as last I heard you were waiting on some items from your client.
Could you let me know the status of that order?

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If
you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-
mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Wednesday, October 16, 2024 9:45 AM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn
<Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson
<vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Good morning, Aaron,

I agree, we're close. Let me check on a few things. Do you want to discuss it on Monday when we discuss the Joint Case
Management Plan? I'm hoping to forward a draft plan to you before the weekend. That way, I can pull it up during our
meeting on Monday and make the change as we go through it.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

---

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Wednesday, October 16, 2024 9:28 AM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I believe we are close to an agreement on this protective order. I have attached some redlines.

Please let me know if you would like to discuss.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494  Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com





This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

---

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Monday, October 14, 2024 3:28 PM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>

**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Aaron,

That works for me. Would you like us to set up a zoom conference?

Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Monday, October 14, 2024 3:25 PM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

How does 10 a.m. central on the 21st work for you for the conference?

Thank you for returning those changes to the protective order. I will begin looking at that and should have any changes by the end of this week.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com





This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Monday, October 14, 2024 3:19 PM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Aaron,

I was thinking the same thing, given the new date of the Rule 16 conference.

I have a deposition on Friday morning but could be free after 2:30. I'm also pretty much free the week of the 21st. We could set up a zoom meeting so we can screen share and make changes to a draft JD/CMP which would make it go more quickly.

Here are my comments on the protective order. I was just looking at it when your message popped up.

Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Monday, October 14, 2024 2:10 PM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>

**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I hope you are doing well. With the Court moving up our pretrial conference date it also moves up the timeline for conferring under Rule 26f and putting together a joint discovery/case management plan. I understand you have not filed your answer yet, but per the Court's order, do you have availability either this week or next week where we can have this conference? Please let me know what days and times work best for you.

Additionally, any word on the protective order?

I look forward to hearing from you. Please let me know if you have any questions.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494  Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com





This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Aaron Dekle
**Sent:** Wednesday, October 2, 2024 10:07 AM
**To:** 'Andrea Chan' <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

Thank you for forwarding that order. Obviously, that precludes the need for the motion to consolidate. I look forward to receiving your insights into the Protective Order and receiving your responsive pleadings in this case.

Please let me know if you would like to discuss.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com





This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Wednesday, October 2, 2024 9:57 AM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Good morning, Aaron,

Thank you for sending the draft protective order. I'll take a look at it and get back with you.

In the meantime, it appears that Judge Hanks dismissed the Thomas case on Monday. I've attached a copy of that opinion here.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this*

*email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Tuesday, October 1, 2024 12:13 PM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>; Carl Evans <cevans@mccathernlaw.com>; Victoria Patterson <vpatterson@mccathernlaw.com>; Crystal Dabdub <cdabdub@mccathernlaw.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

Thank you for the good conversation yesterday. I am looking forward to working with you on this matter. As we discussed, I have attached a proposed protective order that includes language from several cases and from several federal district courts in Texas. I believe this addresses the specific issues for this type of case with the extensive discovery that will be done on the Monell claims.

Please let me know if this is agreeable. If it is agreeable, then please add your signature block on the bottom.

Additionally, we had discussed the extension on Harris County's answer and agreed to a 30 day extension (without waiving any of our potential arguments or authorities for opposing the responsive pleading since the original deadline was missed).

Please let me know if you have any questions.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com





This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Monday, September 30, 2024 8:57 AM

**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Thanks, Aaron, looking forward to the call.

Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

---

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Monday, September 30, 2024 8:50 AM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I can completely understand that. That is always the risk with our job. 4 pm works for me. I can give you the call. Looking forward to talk with you then.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com





This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Monday, September 30, 2024 8:42 AM
**To:** Aaron Dekle <Aaron@bencrump.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Aaron,

Would 4 PM today work? Can you believe that from the time I emailed you until now, my day has begun to fill up?

Do you want me to call you? Or you can call me at 713-533-3966.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Aaron Dekle <Aaron@bencrump.com>
**Sent:** Monday, September 30, 2024 7:58 AM
**To:** Andrea Chan <achan@olsonllp.com>; Paul Grinke <Paul@bencrump.com>
**Cc:** Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Andrea,

I hope you are doing well. I would be happy to talk with you about the case. Is there a time today that works best for you? I am available all day at the moment.

Best Regards,

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com





This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan <achan@olsonllp.com>
**Sent:** Friday, September 27, 2024 6:02 PM
**To:** Paul Grinke <Paul@bencrump.com>
**Cc:** Aaron Dekle <Aaron@bencrump.com>; Calista Rodal <crodal@olsonllp.com>; Kaela Olson <klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Good afternoon, Paul,

I was following up on setting up a time to discuss the case. Is there a time next week? I'm generally free to talk other than between 11 and 2 on Tuesday.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Andrea Chan
**Sent:** Tuesday, September 17, 2024 12:29 PM
**To:** Paul Grinke <Paul@bencrump.com>
**Cc:** Aaron Dekle <Aaron@bencrump.com>; Calista Rodal <crodal@olsonllp.com>; Kaela Olson
<klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>
**Subject:** RE: 4:24-cv-03068; Terry v. Harris County

Good morning, Paul,

I hope you are feeling better.

Would you be free on Friday afternoon to talk about the case? Or perhaps on Wednesday?

I suspect 45-60 days would be sufficient for an extension. I do also have an appellate brief due and have a trial setting October 7 in Brazoria County.

Thank you for forwarding the notice that the Rule 16 conference before Judge Palermo will be moved up.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

**From:** Paul Grinke <Paul@bencrump.com>
**Sent:** Monday, September 16, 2024 12:04 PM
**To:** Andrea Chan <achan@olsonllp.com>
**Cc:** Aaron Dekle <Aaron@bencrump.com>; Calista Rodal <crodal@olsonllp.com>; Kaela Olson
<klawrence@olsonllp.com>; Adriane Rihn <Adriane@bencrump.com>
**Subject:** Re: 4:24-cv-03068; Terry v. Harris County

Hi Andrea thank you for your email and we look forward to working with you. I've added paralegal Adriane Rihn to this thread as well. If you might let us know a time frame you expect to file your answer, we can agree on a suitable extension. We are amenable to an agreed protective order on production of documents, and Aaron has one that tracks multiple districts in Texas that he can circulate for your review and consideration. We likewise agree to exchange discovery via email.

I am under the weather at the moment but would love to set up a call perhaps later this week just to meet you and visit about this case as we move forward.

Kindest regards,

**Paul A. Grinke, Esq.**
**Director of Litigation**

**Ben Crump Law**
Paul@BenCrump.com
**BenCrump.com**


On Sep 16, 2024, at 9:49 AM, Andrea Chan <achan@olsonllp.com> wrote:


Good morning, Mr. Grinke and Mr. Dekle,

I wanted to introduce myself because I don't think that I have ever worked with either of you before.

Harris County has retained me to represent it in the Terry v. Harris County lawsuit which you filed. I wanted to let you know that I am still reviewing and receiving documents from the County in order to prepare the answer. I know the County was served on August 21, so more than 20 days has passed.

I'd also like to enter into an agreed protective order to help facilitate the production of documents.

Also, can we agree to exchange discovery via email? I would prefer to include my assistants, Calista Rodal and Kaela Olson to make sure that everything get properly calendared. Service would be to:

     achan@olsonllp.com; crodal@olsonllp.com; and kolson@olsonllp.com

Please feel free to contact me to discuss the case (achan@olsonllp.com or 713-533-3966).

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

## Aaron Dekle

| | |
|---|---|
| **From:** | Aaron Dekle |
| **Sent:** | Wednesday, February 5, 2025 4:16 PM |
| **To:** | Andrea Chan |
| **Subject:** | RE: 4:24-cv-03068; Terry v. Harris County |

Thank you Andrea. I hope you feel better soon.

**Aaron Dekle**
**Senior Associate**
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone
(800) 770-3444 Facsimile
aaron@bencrump.com
BenCrump.com

This message (including its attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.

**From:** Andrea Chan
**Sent:** Wednesday, February 5, 2025 4:13 PM
**To:** Aaron Dekle
**Subject:** 4:24-cv-03068; Terry v. Harris County

Aaron,

Thank you for taking my call today and agreeing to a 30-day extension of Harris County's discovery responses due to my recent medical diagnosis.

I am also confirming we will agree to adjust deadlines in the future if needed as a result of this extension of time.

Again, thank you for your professional courtesies in this matter.

Should you need anything else, please let me know.

Regards,
Andrea

**Andrea Chan**
*Attorney*
Main: (713) 533-3800 | Direct: (713) 533-3966 | Facsimile: (713) 533-3888 | Cell: (713) 248-0208 | OlsonLLP.com



OLSON & OLSON LLP
ATTORNEYS AT LAW

*"We know local government. It's what we do. It's who we are."*

WORTHAM TOWER, SUITE 600 | 2727 ALLEN PARKWAY | HOUSTON, TEXAS 77019-2133

*This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication contains material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you may have received this email in error and that any use, dissemination, forwarding, printing, copying or the taking of any action in reliance on the contents of this email is strictly prohibited. If you have received this email in error, please immediately notify the sender.*