IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROBERT TERRY JR.; and LISA FOSTER INDIVIDUALLY, AND AS NEXT FRIENDS OF THEIR DECEASED SON ROBERT ANDREW TERRY** | § § § § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 4:24-CV-3068 (Judge Hittner presiding) |
| v. | § § | |
| **HARRIS COUNTY, TEXAS,** | § § § | |
| *Defendant.* | § | |

**PLAINTIFF ROBERT TERRY JR.'S RULE 34 REQUEST FOR INSPECTION OF THE JAIL**

TO: Defendant, Harris County, Texas, by and through their counsel of record, Andrea Chan at Olson & Olson, LLP, Wortham Tower, Suite 600, 2727 Allen Parkway, Houston, Texas 77019.

Pursuant to Federal Rule of Civil Procedure 34, Plaintiffs Robert Terry, Jr. and Lisa Foster, individually and as Next Friends of Robert Andrew Terry, deceased, make a request to inspect the Harris County Jail facilities. Plaintiffs are seeking to inspect the cells, pods, floors, and clinics where Robert Andrew Terry was held in the Jail from May 13, 2023, until he passed, along with all holding cells located in those areas. Plaintiffs also request to inspect the floor control centers, pod control centers, and other officers where detention officers are located that can view, talk to, or respond to detainee needs. This includes all locations where kiosk and emergency call buttons are reviewed at for the cells where Robert Andrew Terry was located. Plaintiffs also seek to view the security monitors for each cell and floor where Robert Andrew Terry was located at to determine the scope of the view of those cameras.

When conducting this inspection, Plaintiffs anticipate having at least two attorneys present and at least three experts along with a videographer who has experience in videotaping inside of jails. Plaintiffs will take measurements, photographs and video footage of the pertinent locations. Plaintiffs need to inspect the Jail during normal hours when detainees are awake. Plaintiffs also wish to watch normal operating procedures during the inspection of cells or floors similar to Robert Anderw Terry's.

Plaintiffs will work with counsel for Defendant to determine an appropriate time for conducting this inspection within the next forty-five days. Defendant should respond to this request as required by Federal Rule of Civil Procedure 34.

Respectfully submitted,

**BEN CRUMP LAW, PLLC**

*/s/ Paul A. Grinke*
Paul A. Grinke
State Bar No. 24032255
paul@bencrump.com
Aaron Dekle
State Bar No. 24100961
aaron@bencrump.com
5 Cowboys Way, Suite 300
Frisco, Texas 75034
(972) 942-0494 Telephone

**MCCATHERN, PLLC**
Carl L. Evans, Jr.
State Bar No. 24056989
cevans@mccathernlaw.com
Alizabeth A. Guillot
State Bar No. 24138578
aguillot@mccathernlaw.com
Jordan A. Carter
State Bar No. 24116174
jcarter@mccathernlaw.com
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

(214) 741-2662 Telephone
(214) 741-4717 Facsimile

**COUNSEL FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

    I certify that I have forwarded a true and correct copy of the foregoing document via electronic mail on May 1, 2025, to all counsel.

                                          */s/ Paul A. Grinke*
                                          Paul A. Grinke