IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT TERRY JR.; and LISA FOSTER INDIVIDUALLY, AND AS NEXT FRIENDS OF THEIR DECEASED SON ROBERT ANDREW TERRY, <br>        Plaintiffs, <br><br> v. <br><br> Harris County, Texas, <br>        Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br><br> Civil Action No. 4:24-CV-3068 <br> (Judge Hittner presiding) |

**Defendant Harris County's**
**Notice of Operative Motions for Summary Judgment**

FELDMAN & FELDMAN, P.C.

Cris Feldman
Attorney-in-Charge
cris.feldman@feldman.law
Fernando De Leon
Of Counsel
fernando.deleon@feldman.law
3355 West Alabama, Suite 1220
Houston, Texas 77098
Telephone: (713) 986-9471
Facsimile: (713) 986-9472

*Attorneys for Defendant*
*Harris County, Texas*

Defendant Harris County, Texas (the "County") files this Notice of Operative Motions for Summary Judgment and, in support thereof, would respectfully show the Court as follows:

The County notes that in its April 9, 2026 order the Court denied Plaintiffs' motion for leave to amend complaint. [Dkt. 75.] The County also notes that in its April 7, 2026 minute entry the Court stated that Plaintiffs "withdrew their claim for Pre-Medical Emergency Excessive Force from their operative Complaint" at the April 7, 2026 status conference. [Dkt. 72.]

Although it does not appear a timely notice of dismissal under Rule 41 of the Federal Rules of Civil Procedure has occurred, Plaintiffs' counsel stipulated on the record that they have withdrawn their pre-medical emergency excessive force allegations and the Court appears to treat it as such.[1] Nonetheless, regardless of whether such withdrawal is improper, the County's operative

---

[1]    Rule 41 states that "the plaintiff may [voluntarily] dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." *See* Fed. R. Civ. P. 41(a)(1); *Welsh v. Correct Care, L.L.C.*, 915 F.3d 341, 344 (5th Cir. 2019) ("Because McLane filed an answer to Welsh's earlier complaint, Welsh cannot utilize Rule 41(a)(1)(A)(i)'s voluntary dismissal without a court order as to that defendant.").

summary judgment motions are the two that it filed on February 20, 2026 and April 1, 2026. [Dkts. 37, 65.]

The motions that the County filed on February 20, 2026 and April 1, 2026 rely on arguments and evidence to disprove the allegations in Plaintiffs' first amended complaint including but not limited to those allegations that County personnel denied or delayed medical care for Mr. Terry after realizing that he was experiencing a medical emergency and that County personnel failed to properly observe and monitor him. [Dkt. 37, 65.]

To the degree the motions that the County filed on February 20, 2026, and April 1, 2026, address Plaintiffs' pre-medical emergency excessive force allegations the Court can of course disregard such arguments to the extent it believes that Plaintiffs' voluntary withdrawal of these excessive force allegations is proper and effective.

*[remainder of page intentionally left blank]*

2

Respectfully submitted,

FELDMAN & FELDMAN, P.C.

By: ___/s/ Cris Feldman_____

    Cris Feldman
    Attorney-in-Charge
    Texas Bar No. 24012613
    S.D. Texas Bar No. 712459
    cris.feldman@feldman.law
    Fernando De Leon
    Of Counsel
    Texas Bar No. 24025325
    S.D. Texas Bar No. 32395
    fernando.deleon@feldman.law
    3355 West Alabama, Suite 1220
    Houston, Texas 77098
    Telephone: (713) 986-9471
    Facsimile: (713) 986-9472

*Attorneys for Defendant*
*Harris County, Texas*

**[remainder of page intentionally left blank]**

3

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion has been served on the following parties and/or counsel of record by filing it with the Court's electronic-filing system on April 16, 2026:

Paul A. Grinke
paul@bencrump.com
Aaron Dekle
BEN CRUMP LAW, PLLC
aaron@bencrump.com
5 Cowboys Way, Suite 300
Frisco, Texas 75034

*Attorneys for Plaintiffs*

Shelby J. White
swhite@dpslawgroup.com
Thad D. Spalding
tspalding@dpslawgroup.com
Kathryn Womble
kwomble@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222

*Attorneys for Plaintiffs*

Carl L. Evans, Jr.
cevans@mccathernlaw.com
Alizabeth A. Guillot
aguillot@mccathernlaw.com
Jordan A. Carter
jcarter@mccathernlaw.com
MCCATHERN, PLLC
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219

*Attorneys for Plaintiffs*

By: ___/s/ Fernando De Leon___
     Fernando De Leon

4