

## FELDMAN & FELDMAN ᴾᶜ

CRISTEN D. FELDMAN ‡ º
Cris.Feldman@feldman.law

DAVID M. FELDMAN
1949-2023

GORDON W. HALL
Gordon.Hall@feldman.law

SHANNON R. ALMES ◊
Shannon.Almes@feldman.law

◊ Licensed in California
‡ Licensed in New York
º Licensed in Washington DC

3355 WEST ALABAMA ST., SUITE 1220
HOUSTON, TEXAS 77098
TELEPHONE: 713-986-9471
FACSIMILE: 713-986-9472
WWW.FELDMAN.LAW

FERNANDO DE LEON
Fernando.Deleon@feldman.law

CHRISTIN GRANT PETTY
Christin.Petty@feldman.law

R. PAIGE MARTIN
Paige.Martin@feldman.law

ARTUR D. ZIGMAN
Artur.Zigman@feldman.law

SYLVIA G. JARAMILLO ‡
Sylvia.Jaramillo@feldman.law

June 2, 2026

***Via Electronic Filing System***

Hon. Dena Palermo
United States Magistrate Judge
United States Courthouse
515 Rusk Avenue, Room 7727
Houston, Texas 77002

Re:    *Terry et al. v. Harris County, Texas*; Cause No. 4:24-CV-03068 (S.D. Tex.); Response to Plaintiffs' April 24, 2026 Updated Status Report and Judge Palermo's May 1, 2026 Order on Discovery

Judge Palermo,

Defendant Harris County, Texas (the "County") submits this updated status response to the Court's Order of May 1, 2026. The County has worked diligently to provide Plaintiffs with responsive materials required by Your Honor's May 1, 2026 order. [Dkt. 82, p. 5.] The County has provided Plaintiffs with full production of the *Wagner* discovery file on April 23, 2026, and has now produced additional discovery on June 1, 2026 (per agreement by Plaintiffs and the County) found at Bates range HC_021201 to HC_023533.

The discovery ordered produced in the Court's May 1, 2026 Order is addressed ad seriatim below:

**1. Sheriff Gonzalez's deposition:** The County and Plaintiffs have agreed to produce Sheriff Gonzalez for deposition on July 16 and 17, 2026.

**2. Rule 34 Inspection of the Jail:** The County organized and Plaintiffs conducted a video inspection of the Harris County Jail on May 28, 2026.

**3. Personnel Records of Officers:** The County has produced the full personnel files of officers connected to Mr. Terry's incident. The files include the following: PEWS records, Incident History Reports, Disciplinary Records, Department Files, HR Files, Resignation Letters, Termination Letters, and Internal Affairs Investigation Files.  The resignation and termination letters of Stevie Mosley and Rodergus Scott are included within this production.

**4. Policies and Procedures of Harris Health and Harris Center:** Harris Health and Harris Center are separate and distinct legal entities from Harris County. However, the County has produced what it has in its possession as to policies and procedures for Harris Health and Harris Center. Additionally, the *Wagner* discovery file contains Harris Health Correctional Health Guidelines, Harris County Sheriff's Office Nursing Policies, Harris County Sheriff's Office Health Services Manual, Interlocal Agreements maintained with Harris Health and Harris Center, and several Harris Health related reports.

**5. Emergency Intercom Call Button Data:** The County has produced call button data and audio from Pod 6C2 for May 15, 2023, the day prior to Mr. Terry's medical event and May 16, 2023, the day of Mr. Terry's medical event.

**6. Death Reviews and Investigations by Harris County and Internal Audits:** Harris Health and Harris Center are separate and distinct legal entities from Harris County. Thus, no documents from Harris Health or Harris Center as to death reviews and investigations were provided. However, the County provided Internal Affairs Investigation Files into the conduct of its officers. Additionally, the *Wagner* discovery file contains death reviews and serious

incident reports reported to TCJS from 2018-2024. Finally, the County produced audit materials related to policies and practices in the Jail as well as on statistical data.

With this batch of production, the County has now produced over 75 GB of data to this point and 850 GB of data through the *Wagner* discovery file for an approximate total of 925 GB of data produced overall. The County has copied all counsel of record on this communication. The County asks for Your Honor to deem the Court's production order satisfied.

Sincerely,

Cris Feldman