**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT TERRY JR. and LISA FOSTER INDIVIDUALLY AND AS NEXT FRIENDS OF THEIR DECEASED SON ROBERT ANDREW TERRY, Plaintiffs, | § | Civil Action No. 4:24-CV-3068 (Judge Ellison presiding) |
| v. | § | |
| HARRIS COUNTY, TEXAS, Defendant. | § | |

**Defendant Harris County's Appendix to**
**Objections to (or Appeal from) Sanctions Order (Dkt. 121)**

LANGDELL ROBINSON PLLC

Jane Langdell Robinson
Of Counsel
11601 Shadow Creek Parkway
Suite 111-375
Pearland, Texas 77584
Telephone: (832) 846-0915

FELDMAN & FELDMAN, P.C.

Cris Feldman
Attorney-in-Charge
cris.feldman@feldman.law
Fernando De Leon
Of Counsel
fernando.deleon@feldman.law
Artur Zigman
Of Counsel
artur.zigman@feldman.law
3355 West Alabama, Suite 1220
Houston, Texas 77098
Telephone: (713) 986-9471
Facsimile: (713) 986-9472

## Table of Contents


| **Exhibits** | **Tab** |
|---|---|
| Exhibit 1 | 1 |
| Plaintiff Robert Terry's Objections and Responses to Defendant's First Set of Requests for Admission (dated March 16, 2026) | |
| Exhibit 2 | 2 |
| Plaintiff Lisa Foster's Objections and Responses to Defendant's First Set of Requests for Admission (dated March 16, 2026) | |
| Exhibit 3 | 3 |
| Plaintiff's Notice, Deposition on Written Questions, and Document Subpoena to Harris Health System | |
| Exhibit 4 | 4 |
| Interlocal Cooperation Agreement between Harris County and the Harris County Hospital District D/B/A Harris Health for Correctional Health Care Services (2025) | |

| **Cases** | **Tab** |
|---|---|
| *Alex A. by and through Smith v. Edwards*, No. 22-573-SDD-RLB, 2025 WL 255453 (M.D. La. Jan. 21, 2025) | 5 |
| *Becnel v. Salas*, Misc. Action No. 17-17965, 2018 WL 691649 (E.D. La. Feb. 2, 2018) | 6 |
| *Crosswhite v. Lexington Ins. Co.*, 321 Fed. App'x 365, 368 (5th Cir. 2009) | 7 |
| *Duarte v. St. Paul Fire and Marine Ins. Co.*, No. EP-14-CV-305-KC, 2015 WL 7709433 (W.D. Tex. Sep. 25, 2015) | 8 |

*Dresser-Rand Co. v. Schutte & Koerting Acquisition Co.*, 9
No. H-12-184, 2018 WL 3649625 (S.D. Tex. May 11, 2018)

*Hansard v. Zamora*, 10
No. PE:23-cv-00041-DC-DF (W.D. Tex. Feb. 11, 2026)

*Rodriguez v. Mental Health Mental Retardation Authority of Harris County*, 11
No. H-08-334, 2008 WL 11502062 (S.D. Tex. Oct. 30, 2008)

*Shell Global Solutions (US) Inc. v. RMS Eng'g, Inc.*, 12
No. 4:09-cv-3778, 2011 WL 3418396 (S.D. Tex. Aug. 3, 2011)

*Southern Filter Media, LLC v. Halter*, Civ. A. No. 13-116-JJB-RLB, 13
2014 WL 4278788 (M.D. La. Aug. 29, 2014)